BUX, Appellant, v. TIGHE, Respondent. (Supreme Court, Appellate Division, Second Department. June 22, 1906.) In the matter of the application of Philip Bux for a peremp-

tory writ of mandamus against James G. Tighe, as magistrate, etc. No opinion. Order affirmed, with $10 costs and disbursements.